40457.00197
*MARSHALL DENNEHEY, P.C.*
BY: Walter J. Klekotka, Esquire/(WK 5083)
15000 Midlantic Driver, Suite 200, P.O. Box 5429
Mt. Laurel, NJ 08054
☐856-414-6000        ☐856-414-6077
☐ wjklekotka@mdwcg.com
Attorneys for Defendants, Hyatt Hotels Corporation a/k/a and/or d/b/a Hyatt Regency Chesapeake Bay Golf Resort, Spa and Marina

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TODD KIRY and DANIELLE KIRY, his wife<br>446 Bella Vita Ct.<br>Hammonton, NJ 08307<br><br>Plaintiffs,<br><br>-v-<br><br>HYATT HOTELS CORPORATION a/k/a/ and/or d/b/a HYATT REGENCY CHESAPEAKE BAY GOLF RESORT, SPA AND MARINA<br>150 North Riverside Plaza, 8th Floor<br>Chicago, ILL 60606<br><br>And<br><br>JOHN DOES 1-10 (said names being fictitious as presently unknown), JOHN DOES MAINTENANCE COMPANIES 1-10 (said names being fictitious as presently unknown), JOHN DOES INDEPENDENT CONTRACTORS 1-10 (said names being fictitious as presently unknown), JOHN DOES CLEANING/FACILITY MANAGEMENT 1-10 (said names being fictitious as presently unknown), and JOHN DOES XYZ COMPANIES 1-10 (said names being fictitious as presently unknown),<br><br>Defendants. | Civil Action No. 1:23-cv-21748<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

LEGAL/165754934.1

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and is hereby dismissed without costs against either party with prejudice.

MARSHALL DENNEHEY, P.C.

By: _____
Walter J. Klekotka, Esquire
Attorney for Defendants

WAPNER NEWMAN

By: _____
Robert Miller, Esquire
Attorney for Plaintiffs

LEGAL/165754934.1